UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* AIDAN FORSYTH, Plaintiffs, | ) | No. 24 C 3823 |
| v. | ) | Chief Judge Kendall |
| LETTUCE ENTERTAIN YOU ENTERPRISES INC. *et al.*, Defendants. | ) | **Filed *In Camera* and Under Seal** |

**ORDER**

The United States' *ex parte* unsealing motion in this voluntarily dismissed *qui tam* case, and the court having been fully advised by the motion, is granted.

The court finds as follows:

1. This case was filed under seal pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(3), and later voluntarily dismissed by the relator on December 4, 2025, with the consent of the United States, effective December 15, 2025;

2. the complaint shall be unsealed;

3. all other contents of the court's file in this action remain under seal and not be made public, except for this order and the United States' unsealing motion, dated December 15, 2025;

4. the seal be lifted as to all other matters occurring in this action after the date of this Order, if any; and

5. this case shall otherwise remain closed.

E N T E R:

United States District Judge
Hon. Virginia M. Kendall, Chief

Dated: 12/17/2025